# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

JOSEPH HICKS,

           Defendant.

Criminal Action No. 23-399 (JMC)

## VERDICT FORM

Count 1:    Civil Disorder (18 U.S.C. § 231(a)(3))

      __X__ Not Guilty          _____ Guilty

Count 2:    Entering and Remaining in a Restricted Building or Grounds (18 U.S.C. § 1752(a)(1))

      __X__ Not Guilty          _____ Guilty

Count 3:    Disorderly and Disruptive Conduct in a Restricted Building or Grounds (18 U.S.C. § 1752(a)(2))

      __X__ Not Guilty          _____ Guilty

Count 4:    Disorderly Conduct in a Capitol Building (40 U.S.C. § 5104(e)(2)(D))

      _____ Not Guilty          __X__ Guilty

Count 5:    Parading, Demonstrating, or Picketing in a Capitol Building (40 U.S.C. § 5104(e)(2)(G))

      _____ Not Guilty          __X__ Guilty

**SO ORDERED.**

1

DATE: June 27, 2024

                                                                                                                             Jia M. Cobb
                                                   U.S. District Court Judge