# Exhibit A



This is a Character Reference for Joseph Hicks:

Joseph Hicks has shown loyalty to his work, by being on time, clean and polite to those around him, as well as the customers that we work for.

He shows a pride in the work that he does and respects the customers property that we are working on. He also shows respect towards the businesses equipment that he uses on a daily basis.

Joe has a good reputation with his integrity and the maturity he has shown.

Orvile Harris
Owner
Lawn Care Plus
PH. 417-844-5986