# Exhibit C



To whomever this may concern,

    I am writing this e-mail in regard to our friend, Joseph Hicks.

    My wife, Vickie Trudell, and I, Sean Trudell, have known Joe for about 4 years now. We have always known Joe to be a law abiding, peaceful, God fearing man who truly loves our Country.

    He would never intentionally cause harm to anyone or knowingly break the law. He has always been a strong supporter of police officers and law and order.

    I am asking that the court would grant mercy to our friend, Joe, as I know he is remorseful and has already suffered so much throughout this ordeal.

    In closing, I appreciate the opportunity to speak on our friend's behalf and I thank you for your time.

    Sincerely,

Sean Trudell