# Exhibit D

August 8, 2024

Ms. Ubong Akpan
*VIA ELECTRONIC MAIL*
*Ubong_Akpan@fd.org*

      RE:    Joseph Hicks

Dear Ms. Akpan:

      I write to provide my experience in knowing Joseph Hicks and thank you in advance for passing it on to the judge in this matter.

      I've known Joseph Hicks for approximately three years. Mr. Hicks is a veteran of the US Air Force. I have never known Joe to be anything other than a good Christian, and a peaceful, law-abiding, and patriotic person.

      Your Honor, Joe's conduct throughout the pendancy of this case and compliance with the conditions of pre-trial release only underscores these facts – Joe is a very good man who is an asset to our country in every way. I'm proud to have him as a friend and strongly urge you to take into account Joe's service to our nation, as well as my experience of his excellent personal character, as you make your decisions with regard to judgment.

      Thank you in advance for your consideration.

      Best Regards,


      Christine Vande Griend