# Exhibit E



To Whom It May Concern:

The purpose of this letter is to attest to the good character of Joseph Hicks. In the six years we have been friends, I have known him to be a man of worth. He is simple and soft spoken but abounds in empathy and compassion. For example, I have observed him on many occasions patiently listen to others, and even complete strangers as they've shared a worrisome or a sad story. While he gently encouraged them with words of kindness, it was easy to see the gravity on their faces lift from a heart less burdened. Though he could scarcely afford to do so, I'm also aware that Joe has sheltered and given safe sanctuary to others in need for an extended period of time. He is a veteran and a practicing Christian. I know him to be deeply grateful for blessings to live in a free America and passionate about protecting others in his capacity as a friend, a parent, and a patriot.

Joe has always loved his country. On January 6, 2021, he traveled by car over 1,000 miles to exercise his right to peaceable assembly, one of the great values of our Founding Fathers. I have always known Joe to be respectful of law enforcement. He is faithful and steadfast. He makes the world a better place. I'm personally glad to know him.


Written By:  Frank B. Gillham
Resident:    Springfield, MO
Date:        August 15, 2024