UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | CR. NO. 23-399 (JMC) |
| **JOSEPH HICKS** | ) | |

**UNOPPOSED MOTION TO SENTENCING HEARING**

Joseph Hicks, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing hearing scheduled for Friday, September 27th for approximately one week. Undersigned counsel has a scheduling conflict which cannot be moved. The government does not oppose this motion. The parties have conferred and are available on October 1st in the afternoon; October 3rd in the afternoon, and October 4th after 3:30 p.m. To the extent that it is needed, the parties agree that the exclusion of time from the Speedy Trial Act is warranted in light of this motion.

                                                                         Respectfully Submitted,

                                                                          A.J. KRAMER
                                                                          FEDERAL PUBLIC DEFENDER

                                                                           /s/
                                                                          UBONG E. AKPAN
                                                                          Assistant Federal Public Defender
                                                                          625 Indiana Ave., N.W.
                                                                          Washington, D.C.  20004
                                                                          (202) 208-7500

## **CERTIFICATE OF SERVICE**

I, Ubong E. Akpan, certify that on this 24th day of September 2024, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

/s/
UBONG E. AKPAN
Assistant Federal Public Defender